**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

LOGISTIC NATIONAL
SOLUTIONS LLC d/b/a LOG            CASE NO.:
NATION, a Florida Limited
Liability Company,

      Plaintiff,

v.

SELECTIVE BARRON, LLC, a
Florida Limited Liability Company
and NATHAN BARRON, individually,

      Defendants.
_____/

# EXHIBIT C

CFN: 20200154284 BOOK 31846 PAGE 1466
DATE:03/11/2020 09:53:48 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

IN THE COUNTY COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2019-032347-CC-05
SECTION: CC06
JUDGE: Luis Perez-Medina

**Panorama Tower Management, LLC**

Plaintiff(s) / Petitioner(s)

vs.

**Nathan Daniel Barron**

Defendant(s) / Respondent(s)

_____/

### DEFAULT FINAL JUDGMENT OF POSSESSION

THIS ACTION came before the Court upon the Plaintiff's Complaint, and being otherwise duly advised, it is **ORDERED AND ADJUDGED**:

1. That a Final Judgment be entered as to Count I in favor of the Plaintiff, Panorama Tower Management, LLC, and against the Defendant Nathan Daniel Barron. The property address of which is 1100 Brickell Bay Drive, Unit #50-I, Miami, FL 33131 which shall be restored to the Owner of the property, Panorama Tower Management, LLC, for which let Writ of Possession issue forthwith.
2. Panorama Tower Management, LLC, shall retain the right to claim the security deposit and keep the funds held in escrow. For all of which let execution issue forthwith.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 6th day of March, 2020.

2019-032347-CC-05 03-06-2020 5:33 PM
Hon. Luis Perez-Medina

**COUNTY COURT JUDGE**
Electronically Signed

> Final Order as to All Parties SRS #: **12** (Other)
>
> THE COURT DISMISSES THIS CASE AGAINST ANY PARTY NOT LISTED IN THIS FINAL ORDER OR PREVIOUS ORDER(S). THIS CASE IS CLOSED AS TO ALL PARTIES.

**Electronically Served:**

Andrew Cuevas, acuevas@cuevaslaw.com

Andrew Cuevas, ygodinez@cuevaslaw.com

Andrew Cuevas, ialonso@cuevaslaw.com

Eduardo Rodriguez, erodriguez@cuevaslaw.com

**Physically Served:**

Nathan Daniel Barron, 1100 Brickell Bay Drive - Unit 50-I, Miami, Florida 33131