# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION
# CASE NO. 8:21-CV-00834-CEH-AEP

LOGISTICS NATIONAL SOLUTIONS
LLC d/b/a LOG NATION,

    Plaintiff,

v.

SELECTIVE BARRON LLC, and
NATHAN BARRON,

    Defendants.

_____/

## JOINT STIPULATION TO STAY AND
## JOINT NOTICE OF SETTLEMENT

Plaintiff, Logistics National Solutions LLC d/b/a Log Nation, and Defendants, Defendants, Selective Barron LLC and Nathan Barron, pursuant to Local Rule 3.09(a), notify the Court that this matter has been settled.

The parties request the Court to stay the case until Friday, January 7, 2022, and anticipate filing for dismissal with prejudice in January, 2022.

Respectfully submitted,

| | |
|---|---|
| */s/ Richard E. Fee* | */s/Jason L. Margolin* |
| Richard E. Fee | Jason L. Margolin |
| Florida Bar No. 813680 | Florida Bar Number: 69881 |
| FEE & JEFFRIES, P.A. | Primary: jason.margolin@akerman.com |
| 1227 N. Franklin Street | Secondary: |
| Tampa, Florida 33602 | judy.mcarthur@akerman.com |
| (813) 229-8008 | Akerman LLP |
| (813) 229-0046 Facsimile | 401 E. Jackson Street, Suite 1700 |
| rfee@feejeffries.com | Tampa, Florida 33602 |
| bmayer@feejeffries.com | Phone: (813) 223-7333 |
| bszabo@feejeffries.com | Fax: (813) 223-2837 |
| Lead Trial Counsel for Plaintiff, | Attorneys for the Defendants |
| Logistic National Solutions, LLC | |
| d/b/a Log Nation | |

60213628;1

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which provided notice to all CM/ECF participants in this case.

*/s/Jason L. Margolin*
**Jason L. Margolin**

60213628;1