UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOGISTIC NATIONAL SOLUTIONS LLC,

    Plaintiff,

v.                                                   Case No: 8:21-cv-834-CEH-AEP

SELECTIVE BARRON, LLC and
NATHAN BARRON,

    Defendants.
_____/

## ORDER

This matter comes before the Court on Plaintiff's Unopposed Motion to Reopen Case and for Entry of Final Judgment Pursuant to Defendants' Default Under the Parties' Settlement Agreement (Doc. 24), filed on December 9, 2021. In the motion, Plaintiff Logistic National Solutions LLC requests the Court reopen the case for entry of final judgment against the Defendants, Selective Barron, LLC and Nathan Barron, for their breach of the parties' executed settlement agreement. Plaintiff filed a copy of the Settlement Agreement (Doc. 24-1) and an affidavit in support of its motion (Doc. 24-3). Defendants do not oppose the requested relief. The Court, having considered the motion and being fully advised in the premises, will grant Plaintiff's Unopposed Motion to Reopen Case and for Entry of Final Judgment Pursuant to Defendants' Default Under the Parties' Settlement Agreement.

## DISCUSSION

Plaintiff initiated this action against Defendants on April 7, 2021, alleging claims for breach of contract and Civil RICO under 18 U.S.C. § 1964. Doc. 1. On August 18, 2021, Defendants moved to dismiss Plaintiff's Complaint. Doc. 19. Thereafter, the parties' filed a Joint Stipulation to Stay the Case and Joint Notice of Settlement. Doc. 22. Upon being advised of the parties' settlement, the Court entered an order on October 5, 2021, dismissing the case without prejudice and subject to the right of the parties, within 90 days, to submit a stipulated form of final order or judgment or move to reopen the case upon good cause. Doc. 23. On December 9, 2021, Plaintiff filed the instant unopposed motion seeking to reopen the case and for entry of final judgment against Defendants. Doc. 24.

Plaintiff asserts that the parties entered into a Settlement Agreement on September 30, 2021. *See* Doc. 24-1. Defendants timely made the first two payments under the Agreement, totaling $50,000. The third payment in the amount of $50,000 was due to be made by November 30, 2021. Defendants did not timely pay. Pursuant to the Agreement, if Defendants fail to cure a Default under the Agreement within five days following Notice of Default (Doc. 24-2), upon motion and supporting affidavit, Plaintiff:

> shall be entitled to entry of a Final Judgment in [this case] against Defendants, jointly and severally, for $300,000, less all payments made, plus attorneys' fees incurred by Log Nation after the date of default and post-judgment interest accruing at the Florida statutory rate.

Doc. 24-1 at 3. Plaintiff provides an affidavit supporting the events leading up to the breach of the Agreement and as to the claimed attorney's fees in the amount of $1,250.00. Doc. 24-3. Upon consideration, it is hereby

**ORDERED**:

1. Plaintiff's Unopposed Motion to Reopen Case and for Entry of Final Judgment Pursuant to Defendants' Default Under the Parties' Settlement Agreement (Doc. 24) is **GRANTED**.

2. The Clerk is directed to reopen this case and enter Final Judgment in favor of Plaintiff, Logistical National Solutions LLC, and against Defendants, Selective Barron, LLC and Nathan Barron, jointly and severally, in the principal amount of $251,250.00, along with post-judgment interest that shall accrue at the current statutory rate as provided by Florida law.

3. Upon entry of Final Judgment, the Clerk is directed to terminate any pending motions and deadlines and close the case.

**DONE AND ORDERED** in Tampa, Florida on January 21, 2022.

Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record and Unrepresented Parties, if any